UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Western Division

Docket No. 5:12-CR-303-1FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| WAYNE DOUGLAS GRAY | ) | |
| Defendant | ) | |

This matter is before the court on the U.S. Probation Officer's motion to continue the sentencing in the above case, presently scheduled for Thursday, June 20, 2013, in New Bern. The case is hereby CONTINUED to September 5, 2013 in New Bern, North Carolina.

This 10th day of June 2013.

Louise W. Flanagan
U.S. District Judge