UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO.: 5:12-CR-303-FL-1

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **WAYNE DOUGLAS GRAY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

THIS MATTER coming on and being heard before the undersigned, and appearing to the Court that, for good cause shown, the Defendant should be allowed to retain Victoria Block as an expert in the field of Immigration law and practice. It further appearing that the Court should approve the request for authorization of fees and costs in the amount of $1,600; where such authorization is limited to fees and costs related to retaining counsel to file a form N-600 with the Department of Homeland Security, an ancillary matter hereto.

IT IS THEREFORE ORDERED, ADJOURNED AND DECREED that the Defendant may retain Victoria Block and that costs and fees in the amount of $1,600.00 are hereby approved.

This 17th day of December, 2013.

_____
**THE HONORABLE LOUISE W. FLANAGAN**
**United States District Judge**